IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Carve Design, LLC | ) | |
|---|---|---|
| | ) | Case No. 24-cv- 3634 |
| v. | ) | |
| | ) | Judge: Hon. John J. Tharp |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Heather K. McShain |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, CDE, LLC, voluntarily dismiss any and all claims against all defendants without prejudice for the following Defendants:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Guangzhou Bailide Industial Co., Ltd. | bailide |
| 2 | Shenzhen Blackwhiteins Technology Co., Ltd. | blackwhiteins |
| 8 | Dongguan Stirling Metal Products Co., Ltd. | dgstirling |
| 9 | Ningbo Tombo Outdoors Co., Ltd. | dollarmax |
| 10 | Yiwu Dengtuo Outdoor Products Factory | dtuo |
| 12 | Hangzhou Extra Technology Co., Ltd. | extratools |
| 13 | Huzhou Foxwoll E-Commerce Co., Ltd. | foxwoll |
| 15 | Yangjiang Fusheng Industry And Trade Co., Ltd. | fsgroup |
| 17 | Yiwu Greefun Import & Export Co., Ltd. | greefun |
| 18 | Suzhou Guerjie Trade Co., Ltd | guerjie |
| 19 | Helloworld (guangzhou) Import & Export Co., Ltd. | helloworld |
| 20 | Shenzhen Huida Xiongfeng Zipper Plastic Hardware Factory | huidafty |
| 21 | Shenzhen Xuanyi Trading Co., Ltd. | iceysundy |
| 22 | ivanvy (Zhongshan) Crafts & Gifts Co., Ltd. | ivanvygifts |
| 23 | Yangjiang Yangdong Wakee Industry & Trading Co., Ltd. | iwakee |
| 25 | JYD (Shenzhen) Technology Co., Ltd. | jianyada |
| 26 | Cangnan Jianyun Gift Factory | jianyunwz |
| 27 | Ningbo Jutye Sanitary Tech Co., Ltd. | jutye |

| 30  | Yiwu Lumo Import & Export Co., Ltd. | lumo |
| --- | --- | --- |
| 31  | Shenzhen Long Xing Long Metal And Plastic Products Co., Ltd. | lxlchina |
| 33  | Shenzhen Masterwu Technology Co., Ltd. | masterwu |
| 34  | Dongguan Minda Metal Technology Co., Ltd. | mdmmetal |
| 37  | Powerstone Industrial Company Limited | powerstonetool |
| 38  | Yiwu City Quantejia Trading Company Ltd. | quantejia |
| 41  | Zhongshan Henglan Sheou Lighting Factory | sheoulighting |
| 42  | Yiwu Shineparty Handicrafts Co., Ltd. | shineparty |
| 43  | Yiwu Shulong E-Commerce Firm | slangjewelry |
| 44  | Shenzhen Smart Link Communication Co., Ltd. | smart-link |
| 46  | Cangxian Sanxing Hose Clamp Co., Ltd. | sxhougu |
| 47  | Shaoxing Xuanchi Import And Export Co., Ltd. | sxxuanchi |
| 48  | Shenzhen Xingqiu Technology Co., Ltd. | szxqiu |
| 49  | Zhongshan Talon Gifts & Crafts Co., Ltd | tlon |
| 50  | Yangjiang Topwell Industrial & Trading Co., Ltd. | topwellgear |
| 52  | Shenzhen Wetrust Electric Co., Ltd. | wetrust |
| 53  | World Backyard (shenzhen) Network Technology Co., Ltd. | worldbackyard |
| 54  | Xiamen East Vigor Imp. & Exp. Co., Ltd. | xmlxjck |
| 56  | Yangjiang Jiangcheng Zongheng Kitchen Industry Co., Ltd. | yjdrawell |
| 57  | Yangjiang Haode Industry & Trading Co., Ltd. | yjhaode |
| 60  | JIGON Store | 1100968733 |
| 61  | Eletorot Indoor Lighting Store | 1101032364 |
| 63  | QSTEXPRESS-09 | 1101173699 |
| 64  | DIHAKI HandTool Store | 1101238099 |
| 67  | WanZhao Store | 1101352704 |
| 77  | Household Product Store | 1101579132 |
| 81  | Melanden Store | 1101682541 |
| 90  | Jalivanfit Global Store | 1101852914 |
| 106 | Xiao Chen shop Store | 1102123081 |
| 116 | Junyoucai ITP Store | 1102319179 |
| 126 | HILIXUN Store | 1102524678 |
| 138 | Lightweight Camping Store | 1102760024 |
| 141 | Shop1102770882 Store | 1102772825 |
| 142 | Fishing And Camping Store | 1102776153 |
| 145 | Shop1102900089 Store | 1102900090 |
| 146 | XMSJ Universal Tool Store | 1102926267 |
| 150 | Vigorous Exercise Store | 1103128900 |
| 151 | Shop1103241205 Store | 1103243180 |

| 185 | HUAFANG TRADING LIMITED | A27PX7W1SNTGBN |
|---|---|---|
| 192 | Groods | A300IF2DMEOS9H |
| 197 | DuoJiDou | AL4GMH2C9N7CY |
| 198 | Mubimuba-Tools | AQ1ZJJGNOEJZZ |
| 199 | Kigauru | AQ5OAVB8U1072 |
| 202 | You Yuan | AYYHIO2JMUVJR |
| 203 | Heyang Industrial Co., Ltd | 2938880001 |
| 204 | bwcx5588 Store | 21125483 |
| 205 | hc_network Store | 21221576 |
| 207 | dreambeauty_qh Store | 21748747 |
| 210 | voay Store | 21800580 |
| 211 | zewy Store | 21800951 |
| 212 | ovgq Store | 21800977 |
| 213 | fbxf Store | 21817830 |
| 214 | kymn Store | 21817856 |
| 215 | yuxg Store | 21818893 |
| 216 | fychouse Store | 21842831 |
| 223 | blujyn | blujyn |
| 229 | edc player | edcplayer |
| 230 | fconejero | fconejero |
| 231 | fhx2013 | fhx2013 |
| 232 | goodsation605 | goodsation605 |
| 234 | johns3121 | johns3121 |
| 235 | judyyu | judyyu |
| 237 | khanadnan9 | khanadnan9 |
| 238 | lan805560 | lan805560 |
| 239 | luckyxi_73 | luckyxi73 |
| 243 | mingndy | mingndy |
| 245 | SNI TRADERS | snitraders |
| 246 | uncommon00 | uncommon00 |
| 254 | Shenzhen Matt Zundian Technology | 14799 |
| 256 | newyear2024.ecrater.com | newyear2024.ecrater.com |
| 262 | Xing Yao | 6763194621 |
| 263 | 365famtools.com | 365famtools.com |
| 267 | utility5store.com | utility5store.com |
| 268 | vlosportsdepot.com | vlosportsdepot.com |
| 277 | Heals Shop | m-39512595246 |
| 279 | WANDSY | m-634418210045923 |

Dated: June 12, 2024            Respectfully submitted,

                                           By:     s/David Gulbransen/
                                                   David Gulbransen
                                                   Attorney of Record

                                                   David Gulbransen (#6296646)
                                                   Law Office of David Gulbransen
                                                   805 Lake Street, Suite 172
                                                   Oak Park, IL 60302
                                                   (312) 361-0825 p.
                                                   (312) 873-4377 f.
                                                   david@gulbransenlaw.com